| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | PAUL A. HEMESATH |
| | 501 I Street, Suite 10-100 |
| 3 | Sacramento, CA 95814 |
| | (916) 554-2700 |
| 4 | (916) 554-2900 FAX |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00304 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO MODIFY BRIEFING SCHEDULE AND** |
| v. | ) | **HEARING DATE** |
| | ) | |
| NATANAEL FAUSTINO, | ) | Date: December 5, 2011 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Douglas Beevers, attorney for defendant NATANAEL FAUSTINO, that the Court should modify the briefing schedule to change: (1) the due date for the government's response from November 21, 2011, to December 19, 2011; the due date for the defense's reply from November 28, 2011, to December 30, 2011; and the hearing date from December 5, 2011, to January 9, 2012.

The government has made diligent efforts to respond to FAUSTINO's motion but the parties require additional time to examine the physical evidence, specifically, to examine the type and configuration of the shotgun at issue in the case. Furthermore, the

parties continue to strive toward a resolving the outstanding issues such that the need for a hearing may be obviated.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 18, 2011        Paul A. Hemesath
                                PAUL A. HEMESATH
                                Assistant United States Attorney

DATED: November 18, 2011        /s/ Douglas Beevers
                                DOUGLAS BEEVERS
                                Attorney for Defendant
                                NATANAEL FAUSTINO

**O R D E R**

**IT IS SO ORDERED.**

Dated: November 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE