```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    501 I Street, Suite 10-100
 3  Sacramento, CA  95814
    (916) 554-2700
 4  (916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00304 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE** |
| v. | Date: January 9, 2012 |
| NATANAEL FAUSTINO, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant United States Attorney, and Douglas Beevers, attorney for defendant NATANAEL FAUSTINO, that the Court should modify the briefing schedule to change: (1) the due date for the government's response from December 19, 2011, to January 30, 2012; (2) the due date for the defense's reply from December 30, 2011, to February 13, 2012; and (3) the hearing date from January 9, 2012, to February 27, 2012 at 9:30 a.m.

The government has made diligent efforts to respond to FAUSTINO's motion but the parties require additional time to examine the physical evidence, specifically, to examine the type and

configuration of the shotgun at issue in the case.  Furthermore, the parties continue to strive toward a resolving the outstanding issues such that the need for a hearing may be obviated.

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED:  December 19, 2011          /s/ Paul A. Hemesath
                                              PAUL A. HEMESATH
                                              Assistant United States Attorney

DATED:  December 19, 2011          /s/ Douglas Beevers
                                              DOUGLAS BEEVERS
                                              Attorney for Defendant
                                              NATANAEL FAUSTINO

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE