1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   501 I Street, Suite 10-100
3  Sacramento, CA  95814
   (916) 554-2700
4  (916) 554-2900 FAX

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      ) CASE NO.  2:11-cr-00304 WBS
12                                )
                    Plaintiff,    ) **STIPULATION AND [PROPOSED] ORDER**
13                                ) **TO MODIFY BRIEFING SCHEDULE AND**
   v.                             ) **HEARING DATE**
14                                )
   NATANAEL FAUSTINO,             ) Date: February 27, 2012
15                                ) Time: 9:30 a.m.
                    Defendant.    ) Judge: Hon. William B. Shubb
16                                )
                                  )
17

18      THE PARTIES STIPULATE, through counsel, Paul Hemesath, Assistant

19 United States Attorney, and Douglas Beevers, attorney for defendant

20 NATANAEL FAUSTINO, that the Court should modify the briefing schedule

21 to change: (1) the due date for the government's response to March

22 19, 2012; (2) the due date for the defense's reply to April 2, 2012;

23 and (3) the hearing date to April 16, 2012 at 9:30 a.m.

24      The government has made diligent efforts to respond to

25 FAUSTINO's motion but the parties require additional time to examine

26 the physical evidence, specifically, to examine the type and

27 configuration of the shotgun at issue in the case.  Furthermore, the

28 parties continue to strive toward a resolving the outstanding issues

such that the need for a hearing may be obviated.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 23, 2012        /s/ Paul A. Hemesath
                                           PAUL A. HEMESATH
                                           Assistant United States Attorney

DATED: February 23, 2012        /s/ Douglas Beevers
                                           DOUGLAS BEEVERS
                                           Attorney for Defendant
                                           NATANAEL FAUSTINO

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE